UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOREN ALLEN COPP, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Case No. 4:22-cv-00040-AGF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on Petitioner's motion (Doc. No. 19) for appointment of stand-by counsel. Petitioner is currently incarcerated at the Coleman II Penitentiary ("Coleman") in Coleman, Florida. He explains that when he was transferred to this facility, he was not permitted to transfer his legal work with him. Petitioner further states that the case manager at Coleman told him that Petitioner could not receive legal mail, unless a lawyer sent that mail. Petitioner suggests that an appointed attorney could mail him this material. However, he does not explain where this material is located, how an attorney would access this material, or why another party could not label the mail as "legal mail" on Petitioner's behalf. Further, it may well be that if someone is able to access the evidence on Petitioner's behalf, the Court could issue an order directing Coleman to allow Petitioner to receive that mail.

1

2

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **January 20, 2023**, Petitioner shall advise the Court regarding the location of the materials and why an attorney is necessary in this matter.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 6th day of January, 2023.

2